UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF OUTSTATE
MICHIGAN TROWEL TRADES
HEALTH & WELFARE FUND, et al.,

        Plaintiffs,

Case No. 09-12856

vs.

HON. GEORGE CARAM STEEH

ABBOTT CONSTRUCTION, INC.,

        Defendant.
_____/

## JUDGMENT

The above entitled matter has come before the court on plaintiffs' motion for reconsideration of plaintiffs' motion for summary judgment, and in accordance with the court's order granting that motion entered on May 10, 2010,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of plaintiffs in the amount of $57,936.75 plus attorney fees and post-judgment interest.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/Josephine Chaffee
           DEPUTY COURT CLERK

Dated: May 10, 2010