UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OUTSTATE MICHIGAN TROWEL TRADES
HEALTH AND WELFARE FUND;
et al.,

       Plaintiffs,

v                                         CASE NO. 09-12856
                                       Hon George Caram Steeh

ABBOTT CONSTRUCTION, INC.        Mag Mark A. Randon

       Defendants
_____/


ORDER FOR EXAMINATION OF JUDGMENT
DEBTOR BY AND THROUGH ITS OFFICER, BRUCE ABBOTT,
FOR DISCLOSURE CONCERNING PUBLIC BONDED PROJECTS,
AND RESTRAINING TRANSFER OF CERTAIN
<u>PROPERTY SUPPLEMENTARY TO JUDGMENT</u>

### <u>Bruce Abbott</u>

THIS MATTER having come before this Court on Plaintiffs' Motion for Examination of Judgment Debtor, By and Through its Officer, Bruce Abbott, for Disclosure Concerning Public Bonded Projects, and Restraining Transfer of Certain Property Supplementary to Judgment, and said motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises;

    NOW THEREFORE;

    IT IS HEREBY ORDERED that Bruce Abbott, officer and director of the corporation ("Defendant"), whose address is 132 Somerset Dr., Brooklyn, Michigan 49230, appear at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, Michigan 48034, on **June 22, 2010 at 10:30 a.m.,** to be examined under oath concerning the public bonded construction activity undertaken by Defendant and the individual

employee hours attributable thereto with regard to the Judgment entered herein against Defendant on May 10, 2010.

IT IS FURTHER ORDERED that said person shall bring with him the following books, records, and papers in his possession, custody or control as they relate to Defendant Abbott Construction, Inc.:

1. Copies of all payment bonds obtained by Defendant in connection with projects undertaken by Defendant known as (i) Fox Creek Infrastructure Project, (ii) Woodward Avenue, and (iii) Washington Square Lansing.

2. Itemized employee earnings histories showing, by employee name, hours worked by employees of Abbott Construction on the projects identified in paragraph 1(i)-(iii) above. The itemized employee earnings histories shall include all records which evidence individual employee hours on the foregoing projects.

IT IS FURTHER ORDERED that said Defendant, Abbott Construction, Inc., and its officers, directors, employees and agents, and any third party who is served with a true and entered copy of this Order, are restrained from transferring or disposing of any property of Defendant, whether now owned, or hereafter acquired by, or becoming due to Defendant, until further order of this Court. This order does not apply to property exempt by law from application to the satisfaction of the judgment.

DATED: May 28, 2010   s/George Caram Steeh
UNITED STATES DISTRICT JUDGE