UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF OUTSTATE
MICHIGAN TROWEL TRADES
HEALTH & WELFARE FUND, et al.,

        Plaintiffs,

vs.

Case No. 09-CV-12856

HON. GEORGE CARAM STEEH

ABBOTT CONSTRUCTION, INC.,

        Defendant.
_____/

ORDER DENYING DEFENDANT'S
MOTION FOR RECONSIDERATION [DOC. 32]

On March 18, 2010, this court entered an opinion and order denying plaintiffs' motion for summary judgment. Plaintiffs filed a motion for reconsideration, and the court requested and received a response from defendant. The court granted plaintiffs' motion for reconsideration on May 18, 2010. On June 1, 2010, defendant filed a motion for reconsideration of the court's order granting plaintiffs' motion for reconsideration.

Local Rule 7.1(g)(3) of the Local Rules of the United States District Court for the Eastern District of Michigan provides:

> [M]otions for rehearing or reconsideration which merely present the same issues ruled upon by the court, either expressly or by reasonable implication, shall not be granted. The movant shall not only demonstrate a palpable defect by which the court and the parties have been misled but also show that a different disposition of the case must result from a correction thereof.

The Court finds that defendant's motion simply reiterates earlier arguments which have been previously considered and addressed. Now, therefore,

IT IS HEREBY ORDERED that defendant's motion for reconsideration is DENIED.

So ordered.

Dated: July 27, 2010

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 27, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---